The Honorable PAUL B. SNYDER
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

RANDY SCHELL,
BEVIN SCHELL,

    Debtors,

Bankruptcy Case No.: 09-48122

UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS

| NAME AND LAST KNOWN ADDRESS OF CREDITOR | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Robert Orr<br>3696 N. Steven Pl.<br>Coeur D'Alene, ID 83815 | 9 | $21,000.00 | $9,164.06 |
| Charles A. Whiteley<br>The Whiteley Family Trust<br>P.O. Box 2783<br>Hayden, ID 83835 | 15 | $20,000.00 | $8,727.67 |
| Delores & Amy Roetschke<br>1046 Newhall Street<br>San Jose, CA 95126 | 19 | $10,000.00 | $4,363.84 |

**TOTAL SUBMITTED:**     $22,255.57

DATED this 9th day of December, 2015.

/s/ Mark D. Waldron
Mark D. Waldron (WSBA #9578)
Chapter 7 Trustee

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com